AO 248 (Rev. 08/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

CHARBEL YOUSSEF AZZI MAYMES

Case No. 18CR2252-JLS

ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 59), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS HEREBY ORDERED that the motion is DENIED after complete review of the motion on the merits.

FACTORS CONSIDERED:

The Court finds that Defendant has failed to establish that his current medical condition presents an extraordinary and compelling basis for relief under Section 3582(c)(1)(A)(i). Defendant is 28 years old and currently classified as a care level 1 inmate at the Bureau of Prisons. Although Defendant has a history of childhood respiratory problems, neither his Presentence Report nor his prison medical records support the existence of a medical condition that would place him at increased risk of severe illness from COVID-19. Although Defendant contracted pneumonia in November 2019, it appears that he satisfactorily recovered. A physical examination in June 2020 indicates that Defendant's lungs were clear and within normal limits. ECF No. 68 at 48. The Court is not persuaded that Defendant is "suffering from a serious physical or medical condition…that substantially diminishes the ability of the defendant to

provide self-care within the environment of a correctional facility and from which he or she is not expected to recover." USSG § 1B1.13, App. Note 1(A)(ii)(I).

Accordingly, Defendant's Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A)(i) is DENIED.

IT IS SO ORDERED.

Dated:  December 11, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge